Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email:  mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY RAMIREZ AND ANGELIQUE GALLARDO,<br><br>Plaintiffs,<br><br>v.<br><br>SPEEDY CASH<br><br>Defendant | Case Number:<br>8:16-cv-00421-AG-(DFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Date:  n/a<br>Time: n/a<br>**Before: District Judge Andrew J. Guilford; Magistrate Douglas F. McCormick** |

**NOTICE OF SETTLEMENT**
1

1
2   COMES NOW THE PLAINTIFFS, ANTHONY RAMIREZ AND
3 ANGELIQUE GALLARDO ("Plaintiffs"), who respectfully notifies the Court
4 that the above captioned case has settled. All claims between the parties
5 have been fully and completely resolved by agreement of the parties.
6   Plaintiffs request that the Court vacate all pending hearing dates,
7 and that the parties be permitted a period of sixty (60) days to file
8 dispositive pleadings and documents in the case.
9   The parties anticipate that a Dismissal will be submitted to the Court
10 within the requested sixty-day window.
11
12 Dated this 29 April 2016.
13
14
15              **M Jones and Associates, PC**
                Attorneys for Plaintiff
16
17              */s/ Michael Jones*
18              _____
                Michael Jones
19
20
21
22
23
24
25
26
27
28

**NOTICE OF SETTLEMENT**

2