Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email:  mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY RAMIREZ AND ANGELIQUE GALLARDO,<br><br>         Plaintiffs,<br><br>v.<br><br>SPEEDY CASH<br><br>         Defendant | Case No.<br>8:16-cv-00421-AG-(DFMx)<br><br><br><br>DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP RULE 41 |

Plaintiffs Anthony Ramirez and Angelique Gallardo, pursuant to

Federal Rules of Civil Procedure Rule 41, dismiss the above captioned

action in its entirety, prior to the service of an answer or a motion for

summary judgment.


Dated this 6 July 2016.


                                        **M Jones and Associates, PC**
                                        Attorneys for Plaintiff


                                        Michael Jones